Eugene P. Ramirez (State Bar No. 134865)
  epr@manningllp.com
Mildred K. O'Linn (State Bar No. 159055)
  mko@manningllp.com
Courtney R. Arbucci (State Bar No. 266036)
  cya@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COUNTY OF SAN BERNARDINO (erroneously named as two entities; COUNTY OF SAN BERNARDINO and SAN BERNARDINO SHERIFF'S DEPARTMENT), JOHN MCMAHON, and KRISTY IRWIN.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA PARKER, Individually, and as personal Representative of the Estate of Dante Parker, deceased, DANTAZHA PARKER, a minor, BRITTANY PARKER, a minor, TIERRA PARKER, a minor, DEANNA PARKER, a minor, and DANTE PARKER, JR., a minor, by and through their Guardian ad Litem, BIANCA PARKER,<br><br>      Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN BERNARDINO (erroneously named as two entities; COUNTY OF SAN BERNARDINO and SAN BERNARDINO SHERIFF'S DEPARTMENT), JOHN MCMAHON, and KRISTY IRWIN.<br><br>      Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANTS, PURSUANT TO 28 U.S.C. §1441(b); DECLARATION OF COURTNEY ARBUCCI; AND EXHIBITS.** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant, the COUNTY OF SAN BERNARDINO (erroneously named as two separate entities by the names COUNTY OF SAN BERNARDINO and SAN BERNARDINO SHERIFF'S DEPARTMENT), JOHN MCMAHON, and KRISTY IRWIN, ("defendants") hereby removes, to this Court, the state court action described below:

1. On February 2, 2015, an action was commenced in the Superior Court in the State of California, in and for the County of Los Angeles, entitled *BIANCA PARKER, Individually, and as Personal Representative of the Estate of Dante Parker, deceased, et al., vs. COUNTY OF SAN BERNARDINO, et al.*, San Bernardino Superior Court Case – Civil Division, Case No. CIVDS1501187.

2. The first date on which defendants, COUNTY OF SAN BERNARDINO (erroneously named as two separate entities by the names COUNTY OF SAN BERNARDINO and SAN BERNARDINO SHERIFF'S DEPARTMENT), JOHN MCMAHON, and KRISTY IRWIN received a copy of the Complaint was February 12, 2015, when served with a copy of the Summons and Complaint from the plaintiff. The Complaint alleges civil rights violations and contains causes of action brought by the plaintiff, pursuant to 42 U.S.C. § 1983. Thus, the COUNTY OF SAN BERNARDINO (erroneously named as two separate parties by the names COUNTY OF SAN BERNARDINO and SAN BERNARDINO SHERIFF'S DEPARTMENT), JOHN MCMAHON, and KRISTY IRWIN have removed this case within the thirty day period of time. A copy of the Summons and Complaint is attached hereto as **Exhibit "A."** Defendants filed their Answer to the Complaint and Demand for Jury Trial on March 4, 2015. A copy of Defendants' Answer to the Complaint and Demand for Jury is attached hereto as **Exhibit "B."**

3. This action is a civil action to which this Court has original jurisdiction under 28 U.S.C. § 1331, and it is one which may be removed to this Court by

2

1 defendant, pursuant to the provisions of 28 U.S.C. § 1441(b), in that it arises under
2 42 U.S.C. § 1983.

3     4. The COUNTY OF SAN BERNARDINO was erroneously named as
4 two separate entities, the COUNTY OF SAN BERNARDINO and the SAN
5 BERNARDINO SHERIFF'S DEPARTMENT. The COUNTY of SAN
6 BERNARDINO has been served along with JOHN MCMAHON and KRISTY
7 IRWIN.

8     5. Defendants JOHN MCMAHON and KRISTY IRWIN are represented
9 by the same counsel as COUNTY OF SAN BERNARDINO. Counsel for JOHN
10 MCMAHON and KRISTY IRWIN consent to the removal of this action to this
11 Court without opposition.

12     6. Defendant COUNTY OF SAN BERNARDINO (erroneously named as
13 two separate entities by the names COUNTY OF SAN BERNARDINO and SAN
14 BERNARDINO SHERIFF'S DEPARTMENT) and JOHN MCMAHON and
15 KRISTY IRWIN, respectfully request the above-entitled action, now pending in the
16 Superior Court in the State of California, in and for the County of San Bernardino,
17 be removed to this Court.

19 DATED: March 5, 2015     **MANNING & KASS**
20     **ELLROD, RAMIREZ, TRESTER LLP**

22     By:     /s/ Courtney R. Arbucci
23     Eugene P. Ramirez, Esq.
24     Mildred K. O'Linn, Esq.
    Courtney R. Arbucci, Esq.
25     Attorneys for Defendant, COUNTY OF
26     SAN BERNARDINO (erroneously named
    as two parties; SAN BERNARDINO
27     SHERIFF'S DEPARTMENT

## DECLARATION OF COURTNEY ARBUCCI

I, Courtney Arbucci, declare as follows:

1. I am an attorney at law duly authorized to practice before all the courts of the State of California. I am also authorized to practice in United States District Court, Central District of California. I am an associate in the law firm of Manning & Kass, Ellrod, Ramirez, Trester, LLP, attorneys of record herein for defendants COUNTY OF SAN BERNARDINO (erroneously named as two parties; COUNTY OF SAN BERNARDINO and SAN BERNARDINO SHERRIFF'S DEPARTMENT), JOHN MCMAHON and KRISTY IRWIN ("defendants") herein. I am completely familiar with all the files, facts and pleadings in this case, and, if called upon as a witness, I could and would competently testify to the following facts based upon my own personal knowledge or based upon information and belief.

2. I am one of the attorneys responsible for representing the defendants in the above-entitled action now pending in Los Angeles Superior Court, Central District. I am also one of the attorneys responsible for representing the defendants, COUNTY OF SAN BERNARDINO, JOHN MCMAHON and KRISTY IRWIN in this case, if it is allowed to be removed to federal court.

7. Attached hereto and incorporated as **Exhibit "A"** is a true and correct copy of the Complaint filed on January 28, 2015, in San Bernardino Superior Court, Civil Division, by plaintiff, naming as defendants, COUNTY OF SAN BERNARDINO (erroneously named as two entities; the COUNTY OF SAN BERNARDINO and the SAN BERNARDINO SHERRIFF'S DEPARTMENT), JOHN MCMAHON, KRISTY IRWIN. The summons and complaint alleges violation of 42 U.S.C. § 1983.

8. Attached hereto and incorporated as **Exhibit "B"** is a true and correct copy of the Answer to the Complaint of defendants COUNTY OF SAN BERNARDINO (erroneously named as two entities; COUNTY OF SAN BERNARDINO and SAN BERNARDINO SHERRIFF'S DEPARTMENT), JOHN

4

1  MCMAHON, and KRISTY IRWIN filed in Superior Court on March 4, 2015, to the
2  Summons and Complaint.
3      9.   Attached hereto as **Exhibit "C"** is a true and correct copy of all
4  documents we received from plaintiff that we are required to attach by applicable
5  law.
6      10.  The Summons and Complaint was served on defendants COUNTY OF
7  SAN BERNARDINO (erroneously named as two entities; COUNTY OF SAN
8  BERNARDINO and SAN BERNARDINO SHERRIFF'S DEPARTMENT), JOHN
9  MCMAHON, and KRISTY IRWIN on February 12, 2015.  Thus, this case is being
10 removed within 30 days as required by law.
11     I declare under penalty of perjury under the laws of the United States of
12 America that the foregoing is true and correct.
13     Executed on this 5th day of March, 2015 at Los Angeles, California.

                                        /s/ Courtney Arbucci
                                        Courtney Arbucci, Esq.

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On March 5, 2015, I served the document described as "**NOTICE OF REMOVAL OF ACTION BY DEFENDANTS, PURSUANT TO 28 U.S.C. §1441(b); DECLARATION OF COURTNEY ARBUCCI; AND EXHIBITS**" on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Mark W. Eisenberg, Esq.
Eisenberg Law Firm, APC
8001 Irvine Center Drive, Suite 1170
Irvine, CA 92618
Tel: (949) 250-8000
Fax: (949) 250-8877
mwe@injuryresourcecenter.com

Attorneys for Plaintiffs,
BIANCA PARKER, Individually and as Personal Representative of the Estate of Dante Parker, deceased, DANTAZHA PARKER, a minor, BRITTANY PARKER, a minor, TIERRA PARKER, a minor, DEANNA PARKER, a minor, and DANTE PARKER, JR., a minor by and through their Guardian ad Litem, BIANCA PARKER

_____(BY PRIORITY MAIL)

__X__(BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__(FEDERAL) I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct..

Executed on February 3, 2015, at Los Angeles, California.

_____
Delia Flores

File No.: 900-48819