Mark W. Eisenberg
EISENBERG LAW FIRM, APC
8001 IRVINE CENTER DR.  STE. 1170
IRVINE, CA 92618
(949) 250-8000
FAX NO. *(Optional)*
Email (Optional):mwe@injuryresourcecenter.com
ATTORNEY FOR  :

# UNITED STATES DISTRICT COURT
## Central District - Eastern Division

| | | CASE NUMBER: 5:15-cv-0413-VAP (DTBx) |
|---|---|---|
| **Parker** | Plaintiff(s) | |
| v. | | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| **County of San Bernardino** | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] **summons**  [ ] **first amended complaint**  [ ] **third party complaint**
   [X] **complaint**  [ ] **second amended complaint**  [ ] **counter claim**
   [ ] **alias summons**  [ ] **third amended complaint**  [ ] **cross claim**
   [X] **other** *(specify):* **Civil Case Cover Sheet; Notice of Removal; Civil Trial Scheduling Order; Order on Stipulation to Add Doe Defendant's; Doe No.3 Amendment**

2. **Person served:**

   a. [X] **Defendant** *(name:)* **Victor Ruiz as Doe 3**
   b. [ ] **Other** *(specify name and title or relationship to the party/business named):*

   c. [X] Address where the papers were served:  **San Bernardino County Sheriff's Department**
   **655 East 3rd Street**
   **San Bernardino, CA 92415**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked):*

   a. [X] **Federal Rules of Civil Procedure**
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
   1. [ ] Papers were served on *(date):* at *(time):*

   b. [X] By **Substituted Service.** By leaving copies: **Deanna S., Subpoena Clerk ( (30yrs; 5'4; 140lbs; Hisp; F; Blk) - Person Apparently in Charge**
   1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
   2. [X] **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
   3. [X] Papers were served on *(date):* 9/2/2015 at *(time):* **11:45 AM**
   4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
   5. [X] papers were mailed on Sep 08, 2015 - DECLARATION OF MAILING ATTACHED
   6. [X] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender.  **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐  by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

**Title of person served:**

**Date and time of service:**  *(date):*  at *(time):*

b. ☐  By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐  By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

**Robert W. See**
**Janney & Janney Attorney Service, Inc.**
**455 W. La Cadena, Ste. #17**
**Riverside, CA 92501**
**(951) 369-8369**

a. Fee for service: $ **50.95**

b. ☐  Not a registered California process server

c. ☐  Exempt from registration under B&P 22350(b)

d. ☒  **Registered California process server**
**Registration # :1225**
County: **San Bernardino**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **September 11, 2015**      **Robert W. See**
                   *Type or Print Server's Name*                              *(Signature)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Mark W. Eisenberg<br>EISENBERG LAW FIRM, APC<br>8001 IRVINE CENTER DR.  STE. 1170 IRVINE, CA 92618<br><br>TELEPHONE NO.: **(949) 250-8000**                     FAX NO.*(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:  : | |

| USDC - Central District - Eastern Division | |
|---|---|
| STREET ADDRESS: **3470 Twelfth St.** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: **Riverside, CA 92501** | |
| BRANCH NAME: **Central District - Eastern Division** | |

| PLAINTIFF/PETITIONER:  Parker | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  County of San Bernardino | **5:15-cv-0413-VAP (DTBx)** |

| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>**Parker** |
|---|---|

I received the within process on  August 28, 2015 and that after due and diligent effort I have not been able to personally serve said person.  I made the following attempts on the dates and times listed below to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **Victor Ruiz as Doe 3**

Documents:   **summons;complaint;Civil Case Cover Sheet; Notice of Removal; Civil Trial Scheduling Order; Order on Stipulation to Add Doe Defendant's; Doe No.3 Amendment**

As enumerated below:

**August 31, 2015 -- 4:00 PM**                    655 East 3rd Street
                                                            San Bernardino, CA 92415

         Subject not available.

**September 01, 2015 -- 2:30 PM**                655 East 3rd Street
                                                            San Bernardino, CA 92415

         Subject not available.

**September 02, 2015 -- 11:45 AM**              655 East 3rd Street
                                                            San Bernardino, CA 92415

         Substituted service effected.

Nonservice Fee: **$**
         County:  **San Bernardino**
         Registration No.:  **1225**
         Janney & Janney Attorney Service, Inc.
         840 N. Birch St.
         Santa Ana, CA 92701
         (714) 953-9451

I declare under penalty of perjury under the laws of the State of California the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on:
September 11, 2015 at Riverside, California.

Signature: _____
                              Robert W. See

Order#: OC5082810444/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Mark W. Eisenberg<br>EISENBERG LAW FIRM, APC<br>8001 IRVINE CENTER DR. STE. 1170 IRVINE, CA 92618<br><br>TELEPHONE NO: **(949) 250-8000**       FAX NO.*(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* : | |

| USDC - Central District - Eastern Division | |
|---|---|
| STREET ADDRESS: **3470 Twelfth St.** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: **Riverside, CA 92501** | |
| BRANCH NAME: **Central District - Eastern Division** | |

| PLAINTIFF/PETITIONER: **Parker** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **County of San Bernardino** | **5:15-cv-0413-VAP (DTBx)** |

| **PROOF OF SERVICE BY MAIL** | Ref. No. or File No.: **Parker** |
|---|---|

I am a citizen of the United States and employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 N. Birch St., Santa Ana, CA 92701.

On September 08, 2015, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

   summons;complaint;Civil Case Cover Sheet; Notice of Removal; Civil Trial Scheduling Order; Order on Stipulation to Add Doe Defendant's; Doe No.3 Amendment

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as follows:

   Victor Ruiz as Doe 3

   655 East 3rd Street
   San Bernardino, CA 92415

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

Fee for Service: 50.95

Janney & Janney Attorney Service, Inc.
840 N. Birch St.
Santa Ana, CA 92701
(714) 953-9451

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 11, 2015.

Signature: _____
                    Sandy Walker

**PROOF OF SERVICE BY MAIL**

Order#: OC5082810444/mailproof