Eugene P. Ramirez (State Bar No. 134865)
 *epr@manningllp.com*
Mildred K. O'Linn (State Bar No. 159055)
 mko@manningllp.com
Courtney R. Arbucci (State Bar No. 266036)
 cra@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO (erroneously named as two entities; County of San Bernardino and San Bernardino Sheriff's Department), JOHN MCMAHON, KRISTY ERWIN. (erroneously named KRISTY IRWIN). KENNETH LUTZ, HARMONY PRUETT, JEFFREY DEAN, RICHARD REES, FELIX ARREOLA, MARK CHAVEZ, VICTOR RUIZ, DEREK ALATORRE and JONATHAN ANDERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA PARKER, Individually, and as personal Representative of the Estate of Dante Parker, deceased, DANTAZHA PARKER, a minor, BRITTANY PARKER, a minor, TIERRA PARKER, a minor, DEANNA PARKER, a minor, and DANTE PARKER, JR., a minor, by and through their Guardian ad Litem, BIANCA PARKER,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF SAN BERNARDINO (erroneously named as two entities; County of San Bernardino and San Bernardino Sheriff's Department), JOHN MCMAHON, KRISTY IRWIN. KENNETH LUTZ. HARMONY | Case No. 5:15-cv-00413-VAP-DTBx<br>[*Hon.Virginia A. Phillips, District Judge; Hon. David T. Bristow, Magistrate Judge*]<br><br>**JOINT NOTICE OF SETTLEMENT AGREEMENT DISPOSING OF ENTIRE ACTION**<br><br>**Matters Presently on Calendar:**<br><br>PTC: 06/20/16<br>Trial Date: 06/28/16 |

1                                    Case No. 5:15-cv-00413-VAP-DTBx

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PRUETT, JEFFREY DEAN, RICHARD REES, FELIX ARREOLA, MARK CHAVEZ, VICTOR RUIZ, DEREK ALATORRE and JONATHAN ANDERSON. and DOES 1 to 50, Inclusive,<br><br>            Defendants. |

6  NOTICE IS HEREBY GIVEN in accordance with L.R. 16-15.7 that
7  plaintiffs, BIANCA PARKER, Individually, and as personal Representative of the
8  Estate of Dante Parker, deceased, DANTAZHA PARKER, a minor, BRITTANY
9  PARKER, a minor, TIERRA PARKER, a minor, DEANNA PARKER, a minor, and
10 DANTE PARKER, JR., a minor, by and through their Guardian ad Litem, BIANCA
11 PARKER, and defendants, COUNTY OF SAN BERNARDINO (erroneously named
12 as two entities; County of San Bernardino and San Bernardino Sheriff's
13 Department), JOHN MCMAHON, KRISTY ERWIN. (erroneously named KRISTY
14 IRWIN). KENNETH LUTZ, HARMONY PRUETT, JEFFREY DEAN, RICHARD
15 REES, FELIX ARREOLA, MARK CHAVEZ, VICTOR RUIZ, DEREK
16 ALATORRE and JONATHAN ANDERSON have entered into a settlement in the
17 above-referenced matter. Plaintiffs have agreed to dismiss Defendants JOHN
18 MCMAHON, KRISTY ERWIN. (erroneously named KRISTY IRWIN).
19 KENNETH LUTZ, HARMONY PRUETT, JEFFREY DEAN, RICHARD REES,
20 FELIX ARREOLA, MARK CHAVEZ, VICTOR RUIZ, DEREK ALATORRE and
21 JONATHAN ANDERSON with prejudice for a mutual waiver of costs and fees.
22 Furthermore, all parties intend to file a Stipulation for Dismissal of the Complaint
23 with Prejudice within 90 days pursuant to the settlement of this matter.
24  It is respectfully requested that the Court vacate all hearing dates in this
25 matter and set an Order to Show Cause Re: Dismissal allowing time for the parties
26 to execute a release and file the Stipulation for Dismissal. Further, due to some
27 plaintiffs in this action being minors, minor's compromises may be required.
28 ///

The settlement agreement has been approved by the County of San Bernardino Board of Supervisors.

DATED: March 29, 2016  **EISENBERG LAW FIRM, APC**

By:    /s/ Mark W. Eisenberg
Mark W. Eisenberg, Esq.
Attorney for Plaintiffs, BIANCA PARKER, Individually, and as personal Representative of the Estate of Dante Parker, deceased, DANTAZHA PARKER, a minor, BRITTANY PARKER, a minor, TIERRA PARKER, a minor, DEANNA PARKER, a minor, and DANTE PARKER, JR., a minor, by and through their Guardian ad Litem, BIANCA PARKER

DATED: March 29, 2016  **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ Courtney R. Arbucci
Eugene P. Ramirez
Courtney R. Arbucci
Attorneys for Defendant, COUNTY OF SAN BERNARDINO (erroneously named as two entities; County of San Bernardino and San Bernardino Sheriff's Department), JOHN MCMAHON, KRISTY ERWIN. (erroneously named KRISTY IRWIN). KENNETH LUTZ, HARMONY PRUETT, JEFFREY DEAN, RICHARD REES, FELIX ARREOLA, MARK CHAVEZ, VICTOR RUIZ, DEREK ALATORRE and JONATHAN ANDERSON